IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   AMERICAN MEDICAL SYSTEMS, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

                                                                    MDL 2325

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The court has been advised by counsel that in the case(s) listed on the attached Exhibit A, the plaintiff(s) and American Medical Systems, Inc., ("AMS") have reached a settlement with regard to AMS. The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiff(s) and AMS may submit an agreed order of dismissal with prejudice on or before April 30, 2016; otherwise the cases on Exhibit A will be dismissed without prejudice.

The court will reinstate any case on the attached Exhibit A to the active docket if one of the parties shows good cause for such reinstatement.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – MILLER WEISBROD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-23673 | Norma DeMerchant v. American Medical Systems, Inc. |
| 2:13-cv-23677 | Carole Beecham v. American Medical Systems, Inc. |
| 2:13-cv-23830 | Ann Fullwood v. American Medical Systems, Inc. |
| 2:13-cv-23849 | Nancy Lamm v. American Medical Systems, Inc. |
| 2:13-cv-23858 | Sheri Tyree v. American Medical Systems, Inc. |
| 2:13-cv-2386 | Linda Brookes v. American Medical Systems, Inc. |
| 2:13-cv-24585 | Mary Ann Reyes v. American Medical Systems, Inc. |
| 2:13-cv-24839 | Robin. L. Smith v. American Medical Systems, Inc. |
| 2:13-cv-25398 | Tina Verrier v. American Medical Systems, Inc. |
| 2:13-cv-27060 | Wanda Mahoney-Johnson v. American Medical Systems, Inc. |
| 2:13-cv-27073 | Marlene Selzler-Gritzke v. American Medical Systems, Inc. |
| 2:13-cv-27083 | Tammy Ward v. American Medical Systems, Inc. |
| 2:13-cv-27719 | Cathy Lucas v. American Medical Systems, Inc. |
| 2:13-cv-27728 | Violetta Gotsis v. American Medical Systems, Inc. |
| 2:13-cv-28872 | Juana Salazar v. American Medical Systems, Inc. |
| 2:13-cv-29119 | Francisca Hernandez v. American Medical Systems, Inc. |
| 2:13-cv-29536 | Randi Stephens v. American Medical Systems, Inc. |
| 2:13-cv-29560 | Patricia Pensis v. American Medical Systems, Inc. |
| 2:13-cv-30240 | Beatrice Quintana v. American Medical Systems, Inc. |
| 2:13-cv-31319 | Ann Marie Thompson v. American Medical Systems, Inc. |
| 2:13-cv-32715 | Jean Worch, John Worch v. American Medical Systems, Inc. |
| 2:13-cv-33453 | Jill Cole v. American Medical Systems, Inc. |
| 2:13-cv-33463 | Eunice Dortch, Danny Gene Dortch v. American Medical Systems, Inc. |
| 2:14-cv-00153 | Kimberly Miller v. American Medical Systems, Inc. |
| 2:14-cv-00219 | Misty Nguyen v. American Medical Systems, Inc. |
| 2:14-cv-00581 | Mary Brink v. American Medical Systems, Inc. |
| 2:14-cv-00956 | Sonya Allen v. American Medical Systems, Inc. |
| 2:14-cv-01017 | Teddy Drake v. American Medical Systems, Inc. |
| 2:14-cv-01113 | Barbara Follis, George Follis v. American Medical Systems, Inc. |
| 2:14-cv-02606 | Robin Maljevac, Michael Maljevic v. American Medical Systems, Inc. |
| 2:14-cv-02674 | Natasha Petersen v. American Medical Systems, Inc. |
| 2:14-cv-02694 | Julia Ramey v. American Medical Systems, Inc. |
| 2:14-cv-02894 | Kelli Swails v. American Medical Systems, Inc. |
| 2:14-cv-02901 | Opal Thomason v. American Medical Systems, Inc. |
| 2:14-cv-04791 | Radonna Harper v. American Medical Systems, Inc. |

| 2:14-cv-05358 | Tonia Weaver v. American Medical Systems, Inc. |
|---|---|
| 2:14-cv-09403 | Laura Metzger v. American Medical Systems, Inc. |
| 2:14-cv-09448 | Barbara Lambert v. American Medical Systems, Inc. |
| 2:14-cv-10685 | Josseline Sluys v. American Medical Systems, Inc. |
| 2:14-cv-10687 | Debra Sayers v. American Medical Systems, Inc. |
| 2:14-cv-10804 | Amy Carr v. American Medical Systems, Inc. |
| 2:14-cv-10805 | Sandra Bobeldyke v. American Medical Systems, Inc. |
| 2:14-cv-10806 | Tina Jackson v. American Medical Systems, Inc. |
| 2:14-cv-10807 | Aleta Moore v. American Medical Systems, Inc. |
| 2:14-cv-10971 | Saveta Gega v. American Medical Systems, Inc. |
| 2:14-cv-10978 | Ardith Heemskerk v. American Medical Systems, Inc. |
| 2:14-cv-10981 | Hannah Gershon v. American Medical Systems, Inc. |
| 2:14-cv-11106 | Tracey Ruckart v. American Medical Systems, Inc. |
| 2:14-cv-11121 | Nellie Powell v. American Medical Systems, Inc. |
| 2:14-cv-11125 | Connie Elston v. American Medical Systems, Inc. |
| 2:14-cv-11772 | Janet Strawbridge, Charles Henry Strawbridge v. American Medical Systems, Inc. |
| 2:14-cv-11793 | Felicitas Lucio v. American Medical Systems, Inc. |
| 2:14-cv-11839 | Geraldine Wheelright v. American Medical Systems, Inc. |
| 2:14-cv-12101 | Desiree Dyer v. American Medical Systems, Inc. |
| 2:14-cv-12115 | Leola M. Holden v. American Medical Systems, Inc. |
| 2:14-cv-12116 | Debra J. Bridges v. American Medical Systems, Inc. |
| 2:14-cv-12676 | Sheila O'Clair v. American Medical Systems, Inc. |
| 2:14-cv-13392 | Vivian Pike v. American Medical Systems, Inc. |
| 2:14-cv-14492 | Laura Reese v. American Medical Systems, Inc. |
| 2:14-cv-14529 | Jennifer Dean v. American Medical Systems, Inc. |
| 2:14-cv-14538 | Susan M. James v. American Medical Systems, Inc. |
| 2:14-cv-14921 | Julia Carrero v. American Medical Systems, Inc. |
| 2:14-cv-15500 | Andrea Sheffield v. American Medical Systems, Inc. |
| 2:14-cv-16543 | Lissette Perez v. American Medical Systems, Inc. |
| 2:14-cv-16575 | Janice Manis v. American Medical Systems, Inc. |
| 2:14-cv-17817 | Jeanette Wilson v. American Medical Systems, Inc. |
| 2:14-cv-20329 | Sandra Nido v. American Medical Systems, Inc. |
| 2:14-cv-24241 | Darlene Watson v. American Medical Systems, Inc. |
| 2:14-cv-24336 | Christina Jones v. American Medical Systems, Inc. |
| 2:14-cv-24821 | Judy Pittman v. American Medical Systems, Inc. |
| 2:14-cv-25428 | Regina Barnes v. American Medical Systems, Inc. |
| 2:14-cv-25931 | Linda Keenan v. American Medical Systems, Inc. |